SMITH *v.* SMITH.

No. 802.   Decided May 1, 1961.

*J. W. Maxwell* for appellant.

*Harold Henkel Smith* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the Circuit Court of Raleigh County, State of West Virginia, sought here to be reviewed, is based upon a nonfederal ground adequate to support it.